PD-1301-15

PD-1301-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/30/2015 5:00:14 PM
Accepted 10/2/2015 10:20:15 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **LESLIE LEE**<br>**Appellant** | § | **APPEALED FROM THE**<br>**COURT OF APPEALS, 6th DISTRICT** |
| V. | § | CASE NO. 06-15-00004-CR<br>TRIAL COURT NO. 42,954-A |
| THE STATE OF TEXAS<br>Appellee | § | STATE OF TEXAS |

### MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, LESLIE LEE, the Appellant herein, and moves the Court for an extension of time to file Appellant's Petition for Discretionary Review in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 188th District Court of Gregg County, Texas in cause number 42,954-A for the offense of Theft.

II.

The Court of Appeals' opinion on remand was delivered on September 1, 2015. Appellant's Petition for Discretionary Review is due on or about October 1, 2015.

III.

The Appellant hereby requests a second extension of time to file Appellant's Petition for Discretionary Review.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Petition for Discretionary Review for the

following good and sufficient reasons:

Counsel for the defendant has been ill and is under the care of Dr. William Rotzler.

In addition to the above-listed matter, the undersigned counsel has been involved with a very busy trial and appellate schedule and is involved in numerous other felony and misdemeanor cases at various stages of litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary in this cause for an additional thirty days, to November 2, 2015.

RESPECTFULLY SUBMITTED,


__/s/Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

**CERTIFICATE OF SERVICE**

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of

the above and foregoing document was this date provided to the Attorney for the State.

Date: 09-30-15


__/s/ Clement Dunn_____
Attorney for Appellant

**IN THE COURT OF CRIMINAL APPEALS**

| | |
|---|---|
| **LESLIE LEE** | §     **APPEALED FROM THE** |
|     **Appellant** | **COURT OF APPEALS, 6ᵗʰ DISTRICT** |
| | |
| V. | §      CASE NO. 06-15-00004-CR |
| | TRIAL COURT NO. 42,954-A |
| THE STATE OF TEXAS | |
|     Appellee | §      STATE OF TEXAS |

**ORDER**

BE IT REMEMBERED, that on the _____ day of _____, 20____, came

on to be considered the above and foregoing Motion for Extension of Time to File Appellant's

Petition for Discretionary Review.  After consideration of the same, it is the opinion of the Court

that Appellant's Motion be:

    (   )     GRANTED, and the present cause is hereby extended until _____,

        20_____.

    (   )     DENIED, to which ruling the Appellant excepts.

    (   )     SET FOR HEARING ON THE _____ day of _____, 20____, at

        _____ o'clock_____.

SIGNED:

                          _____
                          JUDGE PRESIDING